# Social Security Administration

Date:  May 21, 2009
Claim Number:  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A



IBEV010001023  0.345  MB  0.382    T00000006

GORDON S YEO
147-20 35TH AVENUE
APT 12G
FLUSHING NY 11354-3772

You asked us for information from your record.  The information that you requested is shown below.  If you want anyone else to have this information, you may send them this letter.

## Information About Current Social Security Benefits

Beginning December 2008, the full monthly Social Security benefit before any deductions is $ 898.20.

We deduct $96.40 for medical insurance premiums each month.

The regular monthly Social Security payment is $ 801.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month.  (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third Wednesday of each month.

## Date of Birth Information

The date of birth shown on our records is September 17, 1943.

## Type of Social Security Benefit Information

You are entitled to monthly retirement benefits.

See Next Page